The Honorable Ronald B. Leighton

```
_____ FILED    _____ LODGED
        _____ RECEIVED
           FEB 02 2016
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>REAL PROPERTY LOCATED AT 9144 BURNETT ROAD SE, YELM, WASHINGTON, THURSTON COUNTY PARCEL NUMBER 21713340601, *et al.*<br><br>Defendants. | NO. C14-5231 RBL<br>NO. C14-5645 RBL<br><br>**ORDER CONSOLIDATING CASES** |

This Matter comes before the Court upon the motion of the United States of America and the stipulation of the parties for an order to consolidate *U.S. v. One (1) 2011 Lincoln Navigator, et al.*, civil case no. C14-5645 RBL under the above-captioned case, *U.S. v. Real Property Located at 9144 Burnett Road SE, Yelm, Washington*, civil case no. C14-5231 RBL. Having reviewed the motion, the Court finds:

Both cases involve allegations of violations of 18 U.S.C. §§ 1956(a)(1)(B)(i) (Money Laundering), (a)(2)(B)(i) (International Money Laundering), 1956(h) – (Conspiracy to Commit Money Laundering) and (c)(7)(B)(vi) and both cases are based on the same factual allegations. The claimants in civil case no. C14-5645 RBL are also claimants in civil case no. C14-5645 RBL. In order to simplify and proceed with the cases in an efficient manner, it is therefore

ORDER CONSOLIDATING CASES
U.S. v. Real Property Located at 9144 Burnett Road SE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | ORDERED, ADJUDGED, AND DECREED as follows: |
| 2 | 1. The Motion to Consolidate Cases is GRANTED. |
| 3 | 2. Civil case number C14-5645 RBL shall be consolidated under civil case |
| 4 | number C14-5231 RBL. |
| 5 | 3. The scheduling order entered on January 25, 2016 in civil case number |
| 6 | C14-5231 RBL (Dkt # 98) shall govern the consolidated case. |
| 7 | 4. The Clerk is Ordered to send copies of this Order to counsel for all parties of |
| 8 | record. |

DATED this 1st day of February, 2016.

THE HON. RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Fax: (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

*Attorney for Plaintiff United States*

ORDER CONSOLIDATING CASES
U.S. v. Real Property Located at 9144 Burnett Road SE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970